# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>BONIFACE OUTTA, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-01373 LJO JLT<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE THIS ACTION AND TO COMPLY WITH THE COURT'S ORDERS |

The plaintiff filed this action on October 5, 2018. (Doc. 1) The same day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on September 11, 2018. (Doc. 3) The order reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) The plaintiff has not filed a proof of service and no defendant has appeared. Therefore, the Court **ORDERS**:

    1.    **<u>No later than January 18, 2019</u>**, the plaintiff **SHALL** show cause why sanctions, up to and including dismissal of the action, should not be imposed for its failure to comply with the

Courts orders and to prosecute this action.

IT IS SO ORDERED.

    Dated: **December 18, 2018**            **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE