# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | ) Case No.: 1:18-cv-01373 LJO JLT ) |
| Plaintiff, | ) ORDER GRANTING REQUEST TO CONTINUE ) THE SCHEDULING CONFERENCE; ORDER ) DISCHARGING THE ORDER TO SHOW CAUSE |
| v. | ) ) |
| BONIFACE OUTTA, et al., | ) ) |
| Defendants. | ) ) |

On December 18, 2018, the Court ordered the plaintiff to show cause why sanctions should not be imposed for its failure to prosecute this action and to comply with the Court's orders. (Doc. 4) In response, the plaintiff has reported that much of the case has resolved, it has dismissed one of the defendants and is awaiting receipt of the "Acknowledgement of Service" as to two other defendants. (Doc. 6 at 4) In addition, it is awaiting the appointment of a guardian ad litem for one defendant.[1] Thus, the Court **ORDERS**:

1.  The order to show cause is **DISCHARGED**. However, if the plaintiff does not receive the "Acknowledgement of Service" within a reasonable time, it SHALL take efforts to serve these defendants. The Court expects the appearance of the defendants by February 18, 2019 or the plaintiff **SHALL** file proof of service on all defendants no later than February 18, 2019;

---

[1] Because this matter is proceeding in this Court, the Court is at a loss to understand why the prospective guardian ad litem is seeking appointment in state court.

1

2. The scheduling conference in **CONTINUED** to **March 18, 2019** at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**December 20, 2018**__      __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE