# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BONAFACE OUTTA, et al., <br><br> Defendants. | Case No.: 1:18-cv-1373-LJO- JLT <br><br> ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET AND TERMINATE THE EXECUTOR OF THE ESTATE OF LYIDA OIKA AS A DEFENDANT <br><br> (Doc. 5) |

On December 19, 2018, Plaintiff filed a "Notice of Dismissal," indicating it was dismissing the claims against Defendant Executor of the Estate of Lydia Oika without prejudice. (Doc. 5) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the plaintiff may dismiss an action or claims "without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant has not filed an answer or motion for summary judgment, the dismissal was effective without an order of the Court. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly, the Clerk of Court is **DIRECTED** to update the docket and terminate Executor of the Estate of Lydia Oika, as a defendant in the action.

IT IS SO ORDERED.

Dated: **December 26, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE