# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>BONIFACE OUTTA, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-1373-LJO- JLT<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET AND TERMINATE BONIFACE OUTTA AS A DEFENDANT<br><br>(Doc. 16) |

On February 28, 2019, Plaintiff filed a "Notice of Dismissal," indicating it was dismissing the claims against Boniface Outta without prejudice. (Doc. 16) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the plaintiff may dismiss an action or claims "without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant has not filed an answer or motion for summary judgment, the dismissal was effective without an order of the Court. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, the Clerk of Court is **DIRECTED** to update the docket and terminate Boniface Outta as a defendant in the action.

IT IS SO ORDERED.

    Dated: __**March 7, 2019**__                 __**/s/ Jennifer L. Thurston**__
                                                        UNITED STATES MAGISTRATE JUDGE