# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY<br><br>        Plaintiff,<br><br>        v.<br><br>BONIFACE OUTTA, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-01373 LJO JLT<br><br>**ORDER REQUIRING A JOINT STATEMENT AND VACATING SCHEDULING CONFERENCE**<br><br>(Doc. 19) |

The parties have stipulated to continue the scheduling conference to May 2, 2019. (Doc. 19) However, they report they have agreed to resolve the case. Thus, the Court **ORDERS:**

    1.    No later than **March 18, 2019**, the parties **SHALL** file a joint statement indicating whether there is any objection to the appointment of the guard ad litem;

    2.    The scheduling conference is **VACATED**;

    3.    Except for the hearing on the motion for appointment of a guardian ad litem (Doc. 18), all other dates and deadlines, if any, are **VACATED**.

IT IS SO ORDERED.

    Dated:   **March 13, 2019**                      **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE