1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   STATE FARM LIFE INSURANCE              )   Case No.: 1:18-cv-01373 - LJO - JLT
     COMPANY,                                )
12                                           )   ORDER ADOPTING THE FINDINGS AND
                    Plaintiff,               )   RECOMMENDATIONS APPROVING THE
13                                           )   COMPROMISE ON BEHALF OF MINOR
             v.                              )   DEFENDANT A.O.
14                                           )
     BONIFACE OUTTA, et al.,                 )   (Doc. 31)
15                                           )
                    Defendants.              )
16   _____)

17          State Farm Life Insurance Company issued three life insurance policies providing benefits to

18   decedent Lydia Oika.  State Farm filed its "Complaint for Interpleader," seeking to settle the rights and

19   claims to the policies.  The parties reached an agreement and Defendants now seek approval of the

20   minor's compromise for A.O., by and through his guardian ad litem Gertrude Anyango Okombo. (Doc.

21   25)  The assigned magistrate judge found the settlement agreement was fair, reasonable, and in the best

22   interests of A.O.  Therefore, the magistrate judge recommended the agreement be approved, and State

23   Farm be directed to distribute one-half of the funds now in its possession related to Insurance Policies

24   LF-3512-8501, LF-3512-8745, and LF-3535-0100 to Gertrude Anyango Okombo in her capacity as

25   Successor Trustee of the Trust, to be held in trust for the benefit of A.O. (Doc. 31 at 6)

26          The parties were given fourteen days to file any objections to the findings and recommendations

27   related to the settlement agreement and proposed distribution of funds.  (Doc. 31 at 6)  In addition, the

28   parties were "advised that failure to file objections within the specified time may waive the right to

                                                    1

appeal the District Court's order." (Id. at 7, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)).

On June 17, 2019, State Farm filed objections to the recommendations of the magistrate judge, reporting for the first time that "On or around October 3, 2018, the Parties reached a resolution with respect to the death benefit payable under group insurance policy, LF-3535-0100 ("Group Policy"), and State Farm issued payment for the death benefit of the Group Policy on or around November 8, 2018." (Doc. 32 at 2)  State Farm contends that because it paid the benefits under the Group Policy, the order should be "revised to only order disbursement of the life insurance proceeds from the individual life insurance policies (LF-3512-8501 and LF-3512-8745), which have not yet been paid."  (Id.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Significantly, the Court was not previously aware that the parties settled the claims related to Policy No. LF-3535-0100, and the Court did not approve of the payment. Nevertheless, the magistrate judge considered this policy as part of the proposed settlement (see Doc. 31), and this Court agrees the distribution of half the funds under each of the policies is fair, reasonable, and in the best interests of the minor defendant A.O.  This Order should not be construed to require an additional payment for the benefits under Policy No. LF-3535-0100, but rather as a retroactive approval of the payment previously made by State Farm, which shall now make payments on Policy Nos. LF-3512-8501 and LF-3512-8745.

Accordingly, the Court **ORDERS**:

1.      The Findings and Recommendations dated June 7, 2019 (Doc. 31) are **ADOPTED IN FULL**;

2.      The petition to approve settlement of A.O.'s claims (Doc. 25) is **GRANTED**;

3.      State Farm is **DIRECTED** to distribute one-half of the funds now in its possession related to Insurance Policies LF-3512-8501, LF-3512-8745, and LF-3535-0100 to Gertrude Anyango Okombo in her capacity as Successor Trustee of the Trust, to be held in trust for the benefit of A.O.;

4.   A.O.'s share of funds held in the trust **SHALL** only be used for his health, education, support, and maintenance;

5.   Despite the provisions of the Trust that permit otherwise, Gertrude Anyango Okombo **SHALL NOT** use any of the settlement funds allocable to A.O. and which will be deposited in the Trust for any purpose except for A.O.'s health, education, support, and maintenance;

6.   That the parties **SHALL** file with the Court a stipulation for dismissal of the action with prejudice, and lodge a separate order, within ten days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **June 25, 2019**                        **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES CHIEF DISTRICT JUDGE