1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 STATE FARM LIFE INSURANCE )  Case No.: 1:18-cv-1373-LJO- JLT
   COMPANY,                )
12                         )  ORDER DIRECTING THE CLERK TO CLOSE
                Plaintiff, )  THE ACTION
13                         )
         v.                )  (Doc. 34)
14                         )
   BONIFACE OUTTA, et al., )
15                         )
                Defendants.)
16

17        On July 2, 2019, the parties filed a stipulation indicating all parties agreed that the above-

18 captioned action is dismissed in its entirety, with prejudice.  (Doc. 34) Pursuant to Fed.R.Civ.P.

19 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of

20 dismissal signed by all parties who have appeared." Because all remaining parties who have appeared

21 signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d

22 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the

23 parties, the Clerk of Court is **DIRECTED** to close this action.

24

25 IT IS SO ORDERED.

26     Dated:   **July 3, 2019**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE
27

28